In the Matter of YOTUHEL MONTANE, Appellant, v ANDREA EVANS, as Chair of the Division of Parole, Respondent.

Submitted November 3, 2014; decided December 16, 2014

Motion to dismiss appeal granted and appeal dismissed, without costs, upon the ground that the issues presented have become moot.